IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00320-CV

 

Ruben Navarro,

                                                                                    Appellant

 v.

 

City of Waco, Texas,

                                                                                    Appellee

 

 

 



From the 170th District
Court

McLennan County, Texas

Trial Court No. 2007-2058-4

 



memorandum Opinion



 

            Ruben Navarro, a Waco police officer,
sued the City of Waco asserting claims under Chapter 21 of the Texas Labor Code
for race and sex discrimination and for retaliation.  The City filed a hybrid
traditional and no-evidence motion for summary judgment.  Navarro appeals,
asserting three issues.  We will affirm.

            Navarro’s first issue
asserts that the trial court erred in granting the City’s motion for summary
judgment.  The City’s traditional motion sought summary judgment on five
grounds, two of which asserted that Navarro’s claims were time-barred because
they were not brought within 180 days and two years, respectively.  The City’s
no-evidence motion sought summary judgment on eight grounds.  The trial court
granted the hybrid motion without specifying the grounds.

            In his brief on his first
issue, Navarro only argues that his claims were not time-barred.  He fails to brief
or argue any of the many other grounds in the City’s motion.

When there are multiple grounds for summary judgment and
the order does not specify the ground on which the summary judgment was rendered, an
appellant must negate
all grounds on appeal.  Collins
v. City of Corpus Christi,
188 S.W.3d 415, 423 (Tex. App.—Corpus Christi 2006, no pet.) (citing State Farm Fire & Cas. Co. v.
S. S., 858
S.W.2d 374, 381 (Tex. 1993)).  If the appellant fails to negate each
ground on which the judgment may have been rendered, we must uphold the summary
judgment.  Id.

 

Peeler v. Baylor Univ., No. 10-08-00157-CV, 2010 WL 2964375, at
*2 (Tex. App.—Waco Sept. 16, 2009, no pet.) (mem. op.).

Because Navarro failed to challenge each
ground on which the trial court may have rendered judgment, we overrule issue one
and affirm the summary judgment.  We need not address Navarro’s other two
issues.  Tex. R. App. P. 47.1.

 

 

REX D. DAVIS

Justice

 

 

Before Chief
Justice Gray,

            Justice
Davis, and

Judge
Oakes Evans[1]

Affirmed

Opinion delivered
and filed November 3, 2010

[CV06]









[1]               The Honorable Deborah Oakes Evans, Judge
of the 87th
District Court, sitting by
assignment of the Chief Justice of the Supreme Court of Texas pursuant to
section 74.003(a) of the Government Code.  See Tex. Gov’t Code Ann. § 74.003(a) (Vernon 2005).